In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00089-CV

                                                ______________________________

 

 

                                        CORDELL MOODY,
Appellant

 

                                                                V.

 

                                STEVEN SIMMONS, ET AL., Appellees

 

 

                                                                                                  


 

 

                                        On Appeal from the 76th Judicial District Court

                                                             Camp County, Texas

                                                       Trial Court
No. CV-09-1204

 

                                                       
                                           

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Appellant, Cordell
Moody, filed a notice of appeal September 9, 2010, “from the final judgment of
the State Judicial District Court of Camp County, Texas, entered on or about
August, 2010.”  

            On receipt
of the clerk’s record, we noted that a final judgment was entered in this cause
of action December 17, 2009.  We then
called the Camp County District Clerk and inquired whether there were any
further orders entered from which Moody might be appealing and were informed no
such orders existed.  Therefore, even
with a timely motion for new trial, the latest date a timely notice of appeal
could have been filed was March 17, 2010. 


            In
accordance with Rule 42.3 of the Texas Rules of Appellate Procedure, we
provided notice to Moody, requesting that he show this Court how we had
jurisdiction over this appeal.  Tex. R. App. P. 42.3.  We have received Moody’s response, and
considered it.  We do not find it to be
persuasive.

            We
dismiss this appeal for want of jurisdiction.

 

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          October
13, 2010        

Date Decided:             October
14, 2010